UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEMAL'S CHINATOWN II, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> LEGAL SEA FOODS, INC., n/k/a LSFW, LLC, PPX HOSPITALITY HOLDINGS, LP, LSFW, LLC and LEGAL SEA FOODS RESTAURANT GROUP INC., <br><br>  Defendants. | Civil Action No.: 1:23-cv-00854-APM |
| JEMAL'S MICKELSON, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> LEGAL SEA FOODS, INC., n/k/a LSFW, LLC, PPX HOSPITALITY HOLDINGS, LP, LSFW, LLC and LEGAL SEA FOODS RESTAURANT GROUP INC., <br><br>  Defendants. | Civil Action No.: 1:23-cv-00857-APM |

## JOINT STATUS REPORT

COME NOW, Plaintiffs Jemal's Chinatown II, LLC and Jemal's Mickelson, LLC (collectively, "Plaintiffs") and Defendants Legal Sea Foods, Inc. "n/k/a LSFW, LLC," LSFW, LLC, PPX Hospitality Holdings, LP and Legal Sea Foods Restaurant Group, Inc. (collectively, "Defendants"), by and through their undersigned counsel, and file this Joint Status Report regarding the status of discovery in the above captioned cases:

On February 29, 2024, Plaintiffs filed their Amended Complaints.  Defendants filed their

Answers to the Amended Complaints on March 14, 2024. Defendant Legal Sea Foods Inc., n/k/a LWFW, LLC, served its First Set of Interrogatories and First Request for Production of Documents to Plaintiffs on March 15, 2024. By agreements between Plaintiffs and Defendants, Plaintiffs served their responses to the foregoing discovery on May 13, 2024.

Plaintiffs each served their First Set of Interrogatories to Defendant Legal Sea Foods, Inc., ("n/k/a LSFW, LLC" according to Defendants) on May 14, 2024. Plaintiffs each served their Interrogatories to Defendants PPX Hospitality Holdings, LP and Legal Sea Foods Restaurant Group, Inc. on May 15, 2024.

Defendants are currently reviewing Plaintiffs' discovery responses. Additionally, Defendants are currently preparing their Answers to Plaintiffs' First of Interrogatories.

Dated: May 15, 2024

Respectfully submitted,

*/s/ Andrew B. Schulwolf*
Andrew B. Schulwolf (DC Bar #446644)
110 North Washington Street
Suite 300
Rockville, Maryland 20850
(301) 519-1919 (office)
(301) 519-9222 (fax)
andrew@albertandschulwolf.com

*Counsel for Defendants Jemal's Chinatown II, LLC and Jemal's Mickelson, LLC*

/s/ *Robert J. McGahan*
Robert J. McGahan (DC Bar # 446707)
Christian J. Myers (DC Bar # 1658355)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W., Suite 900
Washington, DC 20001
Tel: (202) 689-2986
Email: robert.mcgahan@nelsonmullins.com
Email: josh.myers@nelsonmullins.com

*/s/ Shawn Lu*
Shawn Lu (*pro hac vice*)
Charles R. Bennett, Jr. (*pro hac vice*)
MURPHY & KING,
Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel: (617) 423-0400
Email:  slu@murphyking.com

*Counsel for Defendants Legal Seafoods, Inc., n/k/a LSFW, LLC, LSFW, LLC, PPX Hospitality Holdings, LP, and Legal Sea Foods Restaurant Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Status Report was served the Court's CM/ECF filing system on the 15th day of May 2024 upon the following:

>Christopher J. Myers, Esq.
>Robert J. McGahan, Esq.
>Nelson Mullins Riley & Scarborough LLP
>101 Constitution Avenue, N.W.
>Suite No. 900
>Washington, DC 20001
>
>Charles R. Bennett, Jr., Esq.
>Shawn Lu, Esq.
>Murphy & King,
>Professional Corporation
>28 State Street
>Suite No. 3101
>Boston, Massachusetts 02109

>*/s/ Andrew B. Schulwolf*
>Andrew B. Schulwolf (DC Bar #446644)